UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

ANGEL VAZQUEZ, on behalf of himself and
others similarly situated

        Plaintiff,

v.

MARITIME MOBILE COMMUNICATIONS,
LLC d/b/a DIGITAL VIDEO SYSTEMS.

        Defendant.

## DEFENDANT MARITIME MOBILE COMMUNICATIONS, LLC'S
## NOTICE OF AND PETITION FOR REMOVAL

Defendant Maritime Mobile Communications, LLC, d/b/a Digital Video Systems ("**Defendant**") by and through its undersigned counsel, invokes this Court's jurisdiction under the provisions of 28 U.S.C. §§ 1331, 1441(a) and 1446, and states the following grounds in support of removal of the above-captioned matter.

### I.    BACKGROUND

1. On or about February 15, 2017, Plaintiff Angel Vazquez ("**Vazquez**"), instituted the above-captioned action in the 11th Judicial Circuit Court in and for Miami-Dade County, Florida, by filing a Complaint against Maritime Mobile Communications, LLC, d/b/a Digital Video Systems ("**Defendant**") ("**State Action**"). The State Action was assigned case number 2017-003430-CA-01. Other than the filing of the Complaint and Summons, no proceedings have transpired in the State Action.

2. The Complaint was served on Defendant on March 6, 2017. As such, this Notice of and Petition for Removal ("**Notice**") has been timely filed within thirty (30) days after service of the Complaint pursuant to 28 U.S.C. § 1446(b).

3. Copies of all process, pleadings, and orders of every kind served upon Defendant are attached to this Notice as **Exhibit 1**, as required by 28 U.S.C. § 1446(a).

4. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the removal to all adverse parties in this action, and will promptly file a copy of this Notice in the Circuit Court in and for Miami-Dade County, Florida.

5. Venue of this action lies in the United States District Court for the Southern District of Florida, Miami Division because this is the district and division embracing the place where the State Action is pending.

## II. FEDERAL QUESTION JURISDICTION

6. This Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case can be removed to this Court pursuant to 28 U.S.C. § 1441 in that it is a civil action containing a federal question cause of action under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* *See* Complaint, p. 3, attached hereto as **Exhibit 1**.

7. This case is therefore properly removable to this Court pursuant to 28 U.S.C. §§ 1331, 1441. Further, the United States District Court for the Southern District of Florida, Miami Division, is the judicial district embracing the Circuit Court in and for Miami-Dade County, Florida where the State Action was brought and is pending, and is therefore the proper district court to which this case should be removed. *See* 28 U.S.C. §§ 89(c) and 1446(a).

8. Defendant submits this Notice of Removal without waiving any defenses or affirmative defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

Defendant accordingly removes this case from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida to this Court.

Miami, Florida
March 27, 2017

Respectfully submitted,

By: *s/ Daniel J. Butler*
    Jenna Rinehart Rassif, Esq. (56855)
    E-mail: jenna.rassif@jacksonlewis.com
    Daniel J. Butler, Esq. (111398)
    E-mail: daniel.butler@jacksonlewis.com
    JACKSON LEWIS P.C.
    One Biscayne Tower, Suite 3500
    Two South Biscayne Boulevard
    Miami, Florida 33131-2374
    Telephone: (305) 577-7600
    Facsimile: (305) 373-4466
    *Attorneys for Defendant Maritime Mobile Communications, LLC d/b/a Digital Video Systems*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

    *s/ Daniel Butler*
    Daniel J. Butler, Esq.

# SERVICE LIST

**Angel Vazquez v. Maritime Mobile Communications, LLC, d/b/a Digital Video Systems**

Jay P. Lechner, Esq. (0504351)
E-mail: lechnerj@theFLlawfirm.com
WHITTEL & MELTON, LLC
One Progress Plaza
200 Central Avenue, #400
St. Petersburg, FL 33701
Telephone: (727) 822-1111
Facsimile: (727) 898-2001
Service E-mail:
Pleadings@theFLlawfirm.com
lechnerj@theFLlawfirm.com
shelley@theFLlawfirm.com
kmoran@theFLlawfirm.com

*Attorneys for Angel Vazquez*

Jenna Rinehart Rassif, Esq. (56855)
E-mail: jenna.rassif@jacksonlewis.com
Daniel J. Butler, Esq. (111398)
E-mail: daniel.butler@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131-2374
Telephone: (305) 577-7600
Facsimile: (305) 373-4466

*Attorneys for Defendant Maritime Mobile Communications, LLC, d/b/a Digital Video Systems*

4843-9143-4053, v. 1